Marta Montalaro v. Maxwell and Dempsey. Anton H. Meyer v. George Carmer and Others (2 cases). Lazzari and Barton v. George R. Walgrove.— Motions granted, with ten dollars costs.

Margaret B. Coutant v. Jennie Coutant Mason.— Motion denied.

C. Clarence Sichel v. Charles H. Stoddard. Robert E. Barrett v. L. C. Daniels Company.— Applications denied, with ten dollars costs. Orders signed.

Peter Hamilton v. Maurice B. Mendham (2 cases).—Applications granted. Orders signed.

William E. White v. William P. Kenny.— Motion denied, with ten dollars costs.

Peerless Pattern Company v. Pictorial Review Company.— Motion denied, with ten dollars costs.

Jacob Paskusz and Another v. Philadelphia Casualty Company.— Motion denied, with ten dollars costs.

George H. Sunderman v. Sound Realty Company.— Motion denied, with ten dollars costs.

Keyes and Marshall v. Trustees of Canton College. Bankers Surety Company v. Christian D. Meyer.— Motions granted; questions certified.

Equitable Trust Company v. Charles A. Newman.— Motion granted.

In the Matter of Mott Haven Company.— Motion granted. Order to be settled on notice.

Barney Gelder v. International Ore Treating Company.— Motion to dismiss appeal from judgment granted, with ten dollars costs.

Barney Gelder v. International Ore Treating Company.— Decision reserved on motion to dismiss appeal from order as stated in opinion per curiam.

Richard B. Dineen v. George May and Another.— Motion to open default granted on payment of ten dollars costs and on condition that appeal is on the calendar and ready for argument on January 2, 1912. Order to be settled on notice.

In the Matter of Joseph Lash.— Respondent disbarred.

National Contracting Company v. Hudson River Water Power Company.— Motion denied, without costs, with leave to renew on notice to the Messrs. Hand as well as the attorney for the defendant who has taken the appeal. Order to be settled on notice.

William P. Furniss and Others, Respondents, v. Sophia R. C. Furniss and Others, Appellants.— Motion denied, with ten dollars costs.

Fanny McC. Herzog and Another, Respondents, v. Title Guarantee and Trust Company, Appellant.— Motion denied.

Lincoln Safe Deposit Company, Appellant, v. City of New York and Others, Respondents.— Judgments affirmed, with costs. No opinion. Order to be settled on notice.

In the Matter of John C. Latham.— Motion granted on conditions stated in opinion per curiam. Order to be settled on notice.

James Clarke, Respondent, v. Frederick Schmidt, Appellant.—Judgment and order affirmed, with costs. No opinion.

Morris Florea, Respondent, v. Harry Kramer and Emily Katz, Appellants.— Judgment and order affirmed, with costs. No opinion.